IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO QUINONEZ, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>DIRECT DAIRY TRANSPORT, LLC, et al.,<br><br>            Defendants. | 1:08-cv-01984-LJO-SMS<br><br>**PRELIMINARY SCHEDULING AND DISCOVERY ORDER**<br><br>FRCP Rule 26(a)(1) Disclosure Deadline: 6/12/09<br><br>Discovery Cutoff on Class Certification: 8/1/09<br><br>Class Certification Motion Filing Deadline: 9/1/09<br><br>Opposition to Class Certification Filing Deadline: 9/14/09<br><br>Reply to Opposition to Class Certification Filing Deadline: 9/23/09<br><br>Hearing on Plaintiff's Anticipated Class Certification Motion: 10/5/09, 8:15am, Ctrm. 4/**LJO**<br><br>Further Scheduling Conference: to be set after resolution of class certification |

    1.   Date of Scheduling Conference:

         June 8, 2009.

2. Appearances of Counsel:

Jerry N. Budin, Esq., appeared telephonically on behalf of plaintiffs.

Cory B. Chartrand, Esq., of Triebsch & Frampton appeared telephonically on behalf of defendants, Direct Dairy Transport, LLC, and Brad Nyman.

3. The Pleadings:

This action arises from defendants' alleged failure to pay overtime compensation to plaintiff and other similarly situated truck drivers.

4. Discovery Plan and Cut-Off Dates:

After discussion with counsel, this Court SETS the following dates for class certification only:

| DEADLINE OR HEARING | ACTION |
|---|---|
| 06/12/09 | FRCP Rule 26(a)(1) Disclosure |
| 08/01/09 | discovery cutoff on class certification |
| 09/01/09 | file and serve moving papers on class certification |
| 09/14/09 | file and serve opposition papers on class certification |
| 09/23/09 | file and serve reply papers on class certification |
| 10/05/09 @ 8:15am Ctrm. 4 ~ Judge O'Neill | hearing re: plaintiff's anticipated motion on class certification |
| to be set after resolution of class certification | further scheduling conference |

IT IS SO ORDERED.

**Dated:   June 9, 2009**               /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

2