Jerry N. Budin (State Bar No. 88539)
Law Offices of Jerry Budin
2401 E. Orangeburg Ave., Suite 675-309
Modesto, CA 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiffs,
FRANCISCO QUINONEZ, et al.

Cory B. Chartrand
James R. McDade
Triebsch & Frampton
300 N. Palm Street, Post Office Box 709
Turlock, California 95381-0709
Telephone: (209) 667-2300
Facsimile: (209) 667-2357

Attorneys For Defendants,
DIRECT DAIRY TRANSPORT, LLC and BRAD NYMAN

**FILED**

AUG 31 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| FRANCISCO QUINONEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRECT DAIRY TRANSPORT, LLC, et al., <br><br> Defendants. | CASE NO. 1:08-CV-1984 LJO SMS <br><br> STIPULATION AND [PROPOSED] ORDER TO CERTIFY COLLECTIVE ACTION AND TO FACILITATE NOTICE TO POTENTIAL CLASS MEMBERS ; EXHIBITS A-B |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, as follows:

1. This action is suitable to be certified as an "opt-in" collective action under the Fair Labor Standards Act [29 U.S.C. Section 216(b)]("FLSA") as to the First, Third and Fifth Causes

-1-

1. Of Action in plaintiffs' Complaint herein.

2. The parties are in dispute as to whether this action is suitable for certification as a class action under F.R.C.P. Rule 23 as to the Second, Fourth and Sixth Causes Of Action in plaintiffs' Complaint herein.

3. In order to facilitate settlement negotiations in this case and to avoid wasting the parties' and the courts' time and resources, the parties request that the Court enter an order (a) certifying this matter as a collective action as to the FLSA causes of action; (b) appointing plaintiffs Francisco Quinonez, Blas Pena and Humberto Del Rio Moreno as class representatives; (c) appointing Jerry Budin as class counsel; (d) authorizing notice and consent forms be mailed to potential "opt-in" class members within thirty (30) days of entry of this order and (e) setting a deadline to file consent forms of sixty (60) days after the mailing.

4. The parties further request that the Court extend the deadline for the filing of plaintiffs' class certification motion under F.R.C.P. Rule 23 to January 15, 2010 in order to allow the parties sufficient time to complete the notice process to the "opt-in" class and then to engage in settlement discussions.

Dated: August 27, 2009          Law Offices of Jerry Budin


                                By:    /S/ Jerry Budin
                                       Jerry N. Budin
                                       Attorneys for Plaintiffs
                                       FRANCISCO QUINONEZ, et al.


Dated: August 27, 2009          Triebsch & Frampton


                                By:    /S/ Cory B. Chartrand
                                       Cory B. Chartrand
                                       Attorneys for Defendants,
                                       DIRECT DAIRY TRANSPORT, LLC, et al.

# [PROPOSED] ORDER

Plaintiffs, FRANCISCO QUINONEZ, et al. and Defendants DIRECT DAIRY TRANSPORT, et al. have filed a stipulation requesting that this court certify this case as an "opt-in" collective action under the Fair Labor Standards Act (FLSA), appoint class representatives and class counsel and authorize the mailing of a collective action notice and consent form to potential members of the "opt-in" class. After reviewing the parties' stipulation, the Court finds good cause for granting said request and issues the following orders:

1. An "opt-in" class is certified as a collective action under 29 U.S.C. §216(b) as to the First, Third and Fifth Causes Of Action in the complaint herein and is defined as follows:

> All persons who are employed or have been employed by defendant DIRECT DAIRY TRANSPORT, LLC in the State of California who, on or after December 30, 2005 to the time of trial, have worked as a truck driver hauling milk from dairies to processing plants within the State of California and have worked in excess of forty (40) hours per week without being paid overtime for those excess hours.

2. Plaintiffs FRANCISO QUINONEZ, BLAS PENA and HUMBERTO DEL RIO MORENO are hereby appointed Class Representatives.

3. Plaintiffs' Counsel, Jerry Budin, is hereby appointed Class Counsel.

4. Class Counsel is authorized to mail the Notice (Exhibit A attached hereto) and the Consent Form (attached hereto as Exhibit B) to all putative "opt-in" class members.

5. Within fifteen (15) days of entry of this order, defendant DIRECT DAIRY TRANSPORT shall disclose to Class Counsel the name, last known address and Social Security number for all of its truck drivers satisfying the "opt-in" class definition.

6. Within thirty (30) days of entry of this order, plaintiffs' counsel shall mail the Notice and Consent Form to all truck drivers satisfying the "opt-in" class definition.

7. The deadline to file a Consent Form shall be sixty (60) days after the date of the


mailing.

    8.    The filing deadline for plaintiffs' motion for class certification under F.R.C.P. Rule 23 is extended to January 12, 2010.

Dated: Aug 31 2009

_____
LAWRENCE J. O'NEILL
United States District Judge

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF CALIFORNIA

```
FRANCISCO QUINONEZ, et al.,   )   CASE NO. 1:08-CV-1984 LJO SMS
                              )
             Plaintiffs,      )
vs.                           )
                              )
DIRECT DAIRY TRANSPORT, LLC,  )
et al.,                       )
             Defendants.      )
_____)
```

TO:     CURRENT AND FORMER MILK TRUCK DRIVERS OF DIRECT DAIRY TRANSPORT

FROM:   Plaintiffs FRANCISCO QUINONEZ, BLAS PENA and HUMBERTO DEL RIO MORENO and their attorney, Jerry Budin

## NOTICE OF OVERTIME COLLECTIVE ACTION LAWSUIT

**IF YOU WORKED AS A MILK TRUCK DRIVER FOR DIRECT DAIRY TRANSPORT IN CALIFORNIA AT ANY TIME ON OR AFTER DECEMBER 30, 2005, THIS NOTICE MAY AFFECT YOUR RIGHTS.**

## PLEASE READ THIS NOTICE CAREFULLY

Introduction
     The purpose of this notice is to advise you of an overtime lawsuit that has been filed against **DIRECT DAIRY TRANSPORT ("DIRECT DAIRY")** and to advise you of the legal rights you have in connection with that suit.

Description Of The Lawsuit
     On December 30, 2008, FRANCISCO QUINONEZ, BLAS PENA and HUMBERTO DEL RIO ("Plaintiffs"), on behalf of themselves and other truck drivers, filed a lawsuit against DIRECT DAIRY alleging that they worked for DIRECT DAIRY as a truck driver and were entitled to overtime compensation for hours worked in excess of forty (40) per week, but that DIRECT DAIRY did not pay them any overtime. Defendant DIRECT DAIRY denies all of the allegations in the lawsuit and denies that it owes or that plaintiffs are entitled to any overtime compensation.

Persons Eligible To Receive This Notice
     The plaintiffs seek to recover overtime compensation for

themselves and, also, on behalf of a class of other similarly-situated truck drivers. On September \_\_\_\_, 2009, the Court certified a class of similarly-situated truck drivers and approved sending this notice.  You have been identified as a member of this class because the records of DIRECT DAIRY indicate that you meet the following definition:
    1. You worked as a truck driver for DIRECT DAIRY in California at any time on or after December 30, 2005.
    2.  You hauled milk from dairies to processing plants within the State of California.
    3.  You worked in excess of forty (40) hours per week but did not receive overtime compensation for those excess hours.

Your Right To Participate In This Lawsuit
    If you fit the definition above, you may join this lawsuit to recover overtime compensation.  To do that, you must complete and sign the enclosed **Notice Of Consent** and return it to plaintiffs' attorney as soon as possible so that it can be filed with the Court.  The **Filing Deadline** to join the case is **November (date to be inserted which is 60 days after mailing)\_\_, 2009**.

Your Right Not To Join This Lasuit
    You are not required to join in this case by filing a Notice Of Consent.  It is completely voluntary.  However, if you do not file a consent form and join in this case, you will not be entitled to receive any overtime compensation or other relief from DIRECT DAIRY in this case if it is determined that any truck drivers are entitled to overtime compensation.
    Furthermore, if you do not join this lawsuit, you will not be bound by any judgment, whether it is favorable or unfavorable to the Plaintiffs and the collective class.
    In addition, if you do not join this lawsuit, you are free to file your own lawsuit and until you do so, the statute of limitations will continue to run on your claims against DIRECT DAIRY.

Effect Of Joining This Suit
    If you decide to join this case by filing a **Notice Of Consent**, you will be bound by the judgment, whether it is favorable or unfavorable.
    Even if you sign a **Notice Of Consent**, however, your continued right to participate in this lawsuit and your right to recover overtime compensation may depend upon a later decision by the Court that you and the plaintiffs are not similarly-situated or that the statute of limitations has run against you or that you are not entitled to overtime compensation. In other words, filing a **Notice Of Consent** does not automatically guarantee that you will receive

overtime compensation.

<u>Your Legal Representation If you Join</u>
     If you decide to join this lawsuit, you will be represented by plaintiffs' attorney as counsel for the class. The class counsel is:
                    Jerry N. Budin
                    LAW OFFICE OF JERRY BUDIN
                    2401 E. Orangeburg Ave., Ste. 675-309
                    Modesto, CA 95355
                    Telephone:(209) 544-3030
                    Facsimile:(209) 544-3144

     Class counsel's costs and fees will be paid out of any recovery against DIRECT DAIRY. If the class does not prevail against DIRECT DAIRY, costs and fees will be determined by federal statute.

<u>No Opinion Expressed As To The Merits Of The Case</u>
     This notice is for the sole purpose of determining the identity of those truck drivers who wish to be involved in this case. Although the Court has authorized the sending of this notice, the Court has taken no position regarding the ultimate outcome of the case.

<u>How To Join This Lawsuit</u>
     Enclosed with this letter is a form to be used if you wish to join this lawsuit. The **Notice Of Consent** form must be completed, dated, signed and mailed to class counsel or personally delivered to class counsel's office as soon as possible.
     Please remember this **DEADLINE**: Unless class counsel receives the **Notice Of Consent** and files it with the Court on or before **November \_\_\_, 2009**, you will not be allowed to join in this case.

<u>Protection Against Retaliation</u>
     If you choose to take part in this case, the law prohibits DIRECT DAIRY from discriminating or retaliating against you in any way for joining the case.

<u>Further Information</u>
     Further information about this case and the procedures and deadline for filing a **Notice Of Consent** can be obtained by calling, e-mailing or writing to class counsel as follows:

Jerry N. Budin
LAW OFFICE OF JERRY BUDIN
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, CA 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144
E-Mail:    jerrybudin@msn.com

**DEADLINE TO FILE CONSENT FORM IS NOVEMBER (date to be inserted which is 60 days after mailing)\_\_\_, 2009**

**EXHIBIT B**

Jerry Budin, Esq.
State Bar #88539
LAW OFFICE OF JERRY BUDIN
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

Attorney for Plaintiffs,
FRANCISCO QUINONEZ, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno District)

| | |
|---|---|
| FRANCISCO QUINONEZ, et al., | CASE NO. 1:08-CV-1984 LJO SMS |
| Plaintiffs, | NOTICE OF CONSENT TO JOIN AS PARTY PLAINTIFF |
| vs. | |
| DIRECT DAIRY TRANSPORT, LLC, et al., | |
| Defendants. | |

TO: CLERK OF THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD:

I, _____, hereby consent to be a party
      (Print Name)
plaintiff in this case. I worked as a truck driver for DIRECT DAIRY TRANSPORT in California on or after December 30, 2005 and hauled milk from dairies to processing plants within the State of California. I worked in excess of forty (40) hours per week but did not receive overtime compensation for those excess hours.

I authorize attorney Jerry Budin to file this Consent with the Clerk of the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| 1 | DATE: _____, 2009 |
| 2 | |
| 3 | _____ |
|   | (Full Signature) |
| 4 | _____ |
|   | (Print Name) |
| 5 | _____ |
|   | (Address) |
| 6 | |
| 7 | _____ |
|   | (City, State, Zip Code) |
| 8 | _____ |
|   | (Telephone Number) |

NOTICE OF CONSENT TO JOIN AS PARTY PLAINTIFF    2    CASE NO. 1:08-CV-1984 LJO SMS