Jerry N. Budin (State Bar No. 88539)
Law Offices of Jerry Budin
2401 E. Orangeburg Ave., Suite 675-309
Modesto, CA 95355
Telephone:  (209) 544-3030
Facsimile:   (209) 544-3144

Attorney for Plaintiffs,
FRANCISCO QUINONEZ, et al.


Cory B. Chartrand
James R. McDade
Triebsch & Frampton
300 N. Palm Street, Post Office Box 709
Turlock, California 95381-0709
Telephone: (209) 667-2300
Facsimile: (209) 667-2357

Attorneys For Defendants,
DIRECT DAIRY TRANSPORT, LLC and BRAD NYMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| FRANCISCO QUINONEZ, et al., | CASE NO. 1:08-CV-1984 LJO SMS |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE** |
| DIRECT DAIRY TRANSPORT, LLC, et al., | |
| Defendants. | |

Pursuant to the NOTICE OF SETTLEMENT filed herein on June 25, 2010 (Doc. 29), the parties hereby notify the Court that all of the plaintiffs in this matter have entered into settlements with all of the defendants in this matter and that the terms of those settlements have been fully satisfied.  Therefore, the parties, through their attorneys, hereby stipulate that this matter should

-1-

1 | be dismissed with prejudice.

3 | Dated: August 9, 2010                    Law Offices of Jerry Budin

5 | By:     /S/ Jerry Budin
Jerry N. Budin
Attorneys for Plaintiffs
FRANCISCO QUINONEZ, et al.

8 | Dated: August 9, 2010                    Triebsch & Frampton

By:     /S/ Cory B. Chartrand
Cory B. Chartrand
Attorneys for Defendants,
DIRECT DAIRY TRANSPORT, LLC, et al.

## **ORDER**

Having reviewed the above stipulation and finding good cause therefrom,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and the case is closed.

IT IS SO ORDERED.

Dated:  _August 10, 2010__

_/s/ Lawrence J. O'Neill_____
Lawrence J. O'Neill
U.S. District Judge